FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 SEP 30 AM 11: 15

CLERK'S OFFICE
AT BALTIMORE

BY__________DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**CORNELIUS XAVIER KOROMAH-BOYKINS**
Per Se Litigant
3230 Yosemite Avenue
Baltimore, Maryland 21215-7513
443-806-6387

**Plantiff**

**Complaint for a Civil Case**

Case No.____________________________

Jury Trial: **NO**

-against-

**DONALD J. TRUMP**, President
of the United States in
His official capacity;
**United States Department of Justice**
**Office of Legislative Affairs;**
**STEPHEN E. BOYD,**
Asst. US Attorney General
In his official capacity
Main Justice Building Room 1145
950 Pennsylvania Avenue, NW
Washington, DC, 20530
(Tel) 1-202-514-2141

**Defendants**

# Judicial Notice

**In the Matter of:**

**H.R. Bill 40- Commission to Study and Develop Reparations Proposals for African-American Act (116th Congress 2019-2020)**

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cornelius Xavier Koromah-Boykins |
| Street Address | 3230 Yosemite Avenue |
| City and County | Baltimore City |
| State and Zip Code | Maryland, 21215 |
| Telephone Number | 443-806-6387 |
| E-mail Address | exiledprince@hotmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mr. Stephen E. Boyd c/o Pres.Donald J. Trump |
| Job or Title (if known) | Asst. U.S Attorney General (OLA) |
| Street Address | 905 Pennsylvania Avenue |
| City and County | Washington |
| State and Zip Code | District of Columbia 20530 |
| Telephone Number | 202-514- 2141 |
| E-mail Address (if known) | n/a |

Defendant No. 2

| | |
|---|---|
| Name | Mike Pompei in c/o Marik String, Legal Adviser |
| Job or Title (if known) | U.S. Department of State/ Treaty Affairs |
| Street Address | 2201 C. Street, NW. |
| City and County | Washington |
| State and Zip Code | District of Columbia, 20520 |
| Telephone Number | 202-647-4000 |
| E-mail Address (if known) | n/a |

Defendant No. 3

| | |
|---|---|
| Name | Helen Yarbrough |
| Job or Title (if known) | General Counsel, Bridgestone/Firestone America |
| Street Address | 535 Marriott Drive |
| City and County | Nashville |
| State and Zip Code | Tennessee |
| Telephone Number | 615-937-3107 |
| E-mail Address (if known) | n/a |

Defendant No. 4

| | |
|---|---|
| Name | Stephen Riley, Town Manager |
| Job or Title (if known) | The Town of Hilton Head Island |
| Street Address | One Town Center Court |
| City and County | Hilton Head Island |
| State and Zip Code | South Carolina 29928 |
| Telephone Number | 843-341 4700 |
| E-mail Address (if known) | stever@hiltonheadsc.gov |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

■ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The General Acts of the Berlin Conference(1884-5), the Brussels(1890) and Congo Free State.

A treaty between Liberia & The United States on October 21/25, 1862 (All treaties based on Amity & Commerce).

The United States Constitution (Art.1.Sec 9, cl8) and (Art.1.Sec. 10) From grants of Nobility.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Cornelius X. Koromah-Boykins, is a citizen of the State of *(name)* Maryland.

b. If the plaintiff is a corporation

The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. *Or* is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* Mr. Stephen E. Boyd, is incorporated under the laws of the State of *(name)* Washington,District of Columbia, and has its principal place of business in the State of *(name)* n/a. *Or* is incorporated under the laws of *(foreign nation)* n/a, and has its principal place of business in *(name)* U.S. Department of Justice.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Massaquoi family engaged in over 200 treaties with foreign governments inclusive of the American and British, payments were distributed periodically between the years of December-1821-todate under international law. This amount surpass $20,000,000,000,000,00. plus interest

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The United States Government, by formal ratification of the General Acts of the Berlin, Brussels and the Congo Free State would have acknowledged participation with the British Powers in the relations to concern and guardianship respecting the administrative interest in the Congo State. At the Berlin Conference, the Powers took mutual engagements to watch over the preservation of the Native population of Africa and the improvement of their moral and material condition of life.

The Plaintiff is successor to the Massaquoi family under King Siaka Massaquoi-(1780-1843), who was a notorious slaver at the Gallinas Country of both Liberia & Sierra-Leone. Siaka deputized his son Prince Manna to succeed him in treaty engagements with a British Commander by the name of Joseph Denman, who was called by the Governor of Sierra-Leone to rescue some British subjects, both Mother and Child from the possession of Prince Manna. Commander Denman violated treaties made with the Spanish government meant only for the waters and not the land made in June of 1835. Commander Denman came on shore and burned the barracoons of King Siaka to the ground violating the Spanish treaty on November 19,1840, and thereafter, an "Act of State" was declared after consultation between the Admiralty, Colonial, Foreign, Law Officers, and Confidential advisers- of the Crown approved Commander Denman's actions. After a (25) twenty-five year lenghty struggle with court trials for slavery and land negotiations, the British government with their cover-ups of (Buron v.Denman)1848, all treaties numbering over 200 and made with over 30 Kings & Chiefs of Africa, the treaties made with the Massaquoi family were forever binding and chargeable to the British treasury,- providing gifts, pensions, presents, other promises, and stipends, now considered the "Private Wealth" of Prince Manna from the most important treaty No. 92 of - March 30,1882, with Jaiah and Lamin Abdul Lahai Massaquoi respectively.

The British Parliament acted as judge with its supreme authority. see next page

**ADDITIONAL ATTACHMENT FROM PAGE 6.**
**STATEMENT OF CLAIM:**

To this Honorable Court,

Over the last twenty (20) years, Plaintiff has been seeking this chamber's audience on this matter. Plaintiff brings to this court's attention that there is "NO" need for any Commission. He can provide all documentation needed for the House of Representatives to present the blank check as promised to his family by the American and British Colonization Societies between the years of 1821 and 1935 respectively in a **(SECRET SETTLEMENT)**.

From the actions of the Honorable Captain Denman on November 19, 1840, Her Majesty's Law Officers of the Crown has acknowledge that the "Waters" around Sierra-Leone and Liberia/Sulima's (OIL) are the waters of King Siaka (Siacca, Shiaka Scheakkar) Massaquoi, and that the treaty from this date would allow future generations to benefit from the country's slave trade and mineral wealth up to the Region's Independence and thereafter in April 1961. See **("Exhibit"No.1L-2)**

However, discussions with landowners in the Bo Reservation where Government had built houses for senior Government Officials, since colonial times, shows that the obligations for the annual lease payments for land acquired from landowning families, has not been honored by the governments of the U.S., U.K., Sierra-Leone, and Liberian governments for over 80 years as follows:

- The Slavers at the Gallinas in 1840- estimated their losses at £1 million sterling. King Siaka confiscated all properties, but these monies from his treaty partner multiplied by 178 years plus historical interests...

- From the treaty of November 19, 1840- King Siaka and Prince Manna Massaquoi receives £/$4,000 monthly by Her Majesty's treasury considered as a pension forever from the British treasury on July 6, 1865 multiplied by 178 years plus historical interest... **(Select Committee on the Western Coast of Africa 1865.) Attached. See ("Exhibit" No.1M)**

- May 17, 1850- President Roberts confirms the purchase of the Gallinas and other tracts of territory at $10,000. This multiplied by 168 years plus historical interest...

- 1860 (65) - the American and British Foreign Societies sets aside funds at $64,000 for the purchase of Lands from Liberia/Sierra-Leone. $64,000 multiplied by 158 years plus historical interest.

- March 3, 1865- President Abraham Lincoln established the Freedman's Bank. At its height, the Bank had over $57,000,000.00 in deposits (adjusted for inflation) and 70,000 depositors. Congress can restore these monies stolen from the Black race after Lincoln's assassination. See. **("Exhibit"No.1X)**

- 1879- The Massaquoi Family confirms their independence before the British- Liberian Boundary Commission. Half the balance sum of $5,000.00 was given to the Kings/Chiefs upon abolition of the Slave trade or purchase of land in 1850. See Reference **("Exhibit"No.1Y)**

- March 30, 1882 - British ratifies the treaty of Turner's Peninsula and $40,000 surrounds this deal with £210 distributed annually to Kings and Chiefs. This multiplied by 136 years plus historical interest...

- Successor to the Massaquoi Kingship has not been recognized by Her Majesty or Her Majesty's government as of February 10, 1887. The (slave trade) wealth of Prince Manna was to become inherited by this appointed successor. This appointment is still being awaited by the Massaquoi family. We seek this appointment by the Department of Justice as well as the United Kingdom Ministry of Justice. See. **("Exhibit"No.1D)**

- 1898- Lamin Abdul Lahai Massaquoi is a colonial officer and stipend Chief on the payroll of Her Majesty's government. Lamin is successor to the Massaquoi crown. See Reference- **("Exhibit"No.1N)**

- 1909- His Majesty's Government is prepared to pay the Liberian Government £6,000 with interest on that sum of 4% after communications with the French government on the colonial boundaries.

- 1923- Grandfather Lamin executes his trust and will for the Gallinas, Soro-Gbemah, Juring, and Sulima (Moa River). Taken territory from Liberia. See Reference **("Exhibit"No.1D)**

- From 1930-1998- the estimated worth of diamonds taken from Sierra-Leone is $15 billion. No Sierra-Leonean benefitted from these monies. Today, there are a multitude of minerals never commercially exploited.

- These are the breakdowns of monies to be received by the Massaquoi family, successive Kings and their descendants and assigns, chargeable to the British treasury forever.

**IV. Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The Massaquoi "Private Wealth" was left to Mr. George M. Koromah Sr., who left the shores of West Africa in 1937. Mr. Koromah lost businesses, family, friends never to see again. While coping with the challenges and sufferings coming to America for a new life. He had retained the secrets of the slave trade from his family for security reasons, taking them to his grave. The legacies left are incalculable between America & Britain.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/30/, 2019

Signature of Plaintiff [signature]

Printed Name of Plaintiff Cornelius Xavier Koromah-Boykins

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: __________, 20__.

Signature of Attorney ______________________

Printed Name of Attorney ______________________

Bar Number ______________________

Name of Law Firm ______________________

Address ______________________

Telephone Number ______________________

Email Address ______________________

Plaintiff ask the Court to take Judicial Notice of several documents in deciding a matter covering over 250 years of the Slave Trade, governing under several articles: **(1) ARTICLE II MD. FED. R. EVIDENCE 201 (A), (B) 2, (C) (D), and (E), (2) ARTICLE III MD. FED. R. EVIDENCE 3, (3) ARTICLE IV MD. FED. R. EVIDENCE 401 (A), (4) ARTICLE IX MD. FED. R. EVIDENCE 901 and (5) ARTICLE X MD. FED. R. EVIDENCE 1003, 1004, & 1005.** Under Rule 201, the court can judicially notice "Official acts of the legislative, executive, and judicial departments of the U.S." and "Facts and propositions that are not reasonably indisputable accuracy." Courts have held that Judicial Notice as appropriate for records and reports of administrative bodies. The court may take judicial notice of internet material ( The Memoirs of Lord Denman, Chief Justice, Law-maker, Member of Parliament-Britain).

**Subject: H.R. Bill 40 Commission to Study and Develop Reparations Proposal for African American's Act (116th Congress) & The Proposal to Restore the Massaquoi Crown of Liberia.**

## PARTIES

1. Plaintiff Cornelius Xavier Koromah-Boykins in acting Pro Se Litigant is the representative of the Koromah and Massaquoi Family. He is the grandson of the late Mr. George M. Koromah, Sr. and the direct descendant of his predecessor, King Siaka/Siacca Massaquoi of the Gallinas Kingdom of Liberia and Sierra-Leone. He is a resident of Baltimore, Maryland, U.S.A.

2. Defendant Donald J. Trump is currently President of the United States. He assumed his presidency on January 20, 2017. As chief executive, President Trump oversees all executive agencies and cabinet members, including Defendant U.S Department of Justice and U.S. Department of State. He is being sued in his official capacity.

3. Defendant Boyd has been Asst. States Attorney since 2017 and is (OLA) Office Legislative Affairs Senior official. Boyd is responsible for legislative acts being reviewed before Congress. He is being sued in his official capacity.

4. Defendant(s) Department of Justice is a department of the Executive Branch of the U.S. government. DOJ and its component agencies, Office of Legislative affairs, Civil Rights and Constitutional Affairs.

5. Defendant(s) is President Donald Trump and agencies of the United States government, and at the time of this complaint, are residents of Washington, DC, U.S.A.

## GENERAL ALLEGATIONS

6. Plaintiff(s) presents the following alleges and causes of action of the following: "Breach of Contract" and "Breach of Treaty" of March 30, 1882 under U.S.C. Art. 2 Sec. 2 Cl. 2 and request that the court take Judicial Notice of several documents in support of theory not pled in the complaint.

7. Defendant(s) has been non- compliant with distribution of due gifts, pensions, presents, promises, stipends, and debts for giving up the slave trade. Under international law, they failed to honor the collections of treaties starting December 1822, November 19, 1840, and the most important of March 30, 1882, which lead to grievances sustained by the Plaintiff and his family, seeks acknowledgement from Defendant(s) and relief order from these "Breach of Treaties" in a Secret Settlement Conference on or from the agreement of February 10, 1887 by "Her Majesty the Queen" or "Her Majesty's" Government. See **("Exhibit" No.1D, 11x17 size papers)**

8. The Slave Trade Convention negotiations between British and American ministers illustrated the extent to which the U.S. was unwilling to compromise maritime sovereignty to suppress the foreign slave trade more effectively. In 1820, the Committee on the slave trade submitted a resolution to the President "to consult and negotiate with all Governments" on the means of effecting an entire and immediate abolition of the African slave trade. The Governments defaulted on their treaty promises with Native Kings and Chiefs numbering over thirty (30) for the entire African continent. See **("Exhibit" No.1F)**

## COUNT 1 -BREACH OF TREATY

9. Treaty No. 92 of March 30, 1882 was inspected by the Indiana University Conservatory and the Liberian anthropology and special collections department in 2014 by Mr. Verlon Stone and associates and the results were that the document was proven authentic.

10. Plaintiff(s) late grandfather Mr. George M. Koromah Sr. inherited the bequest of catalogues to both the American and British African Colonization Societies starting between the years of December 21, 1816- to its dissolution in 1964. All located in the British House of Parliament and the U.S. Library of Congress (Office of the Historian).

11. Plaintiff(s) predecessor King Siaka Massaquoi signed treaty engagements with Her Majesty's Government on November 21, 1840 in the Gallinas Kingdom of Liberia and Sierra-Leone pursuing the abolition of the slave trade. Her Majesty's Royal Navy Commander Joseph Denman and Captain Hill burned down barracoons, flogged, intimidated, raped wives, and bribed the Chiefs with a Parliamentary grant of £4,000 and this happens to be recorded and documented. Thereafter, the purchase of Our Sovereignty and Political Incorporation began and became inclusive with trade and development for those affected. On February 2, 1850-60, Prince Manna's statement to Her Majesty's Government was that since he'd given up the slave trade, "What was Her Majesty going to do for them?" They received the British Treasury after an "Act of State" was declared. See reference **("Exhibits"No.1L-2 Page.454, No.1E2,1E3,).**

12. Plaintiff(s) descends from both King Siaka Massaquoi (B.1780-D.1843 Yale U.) and Caleb Gough (1840-1916?) "Royalty and Enslaved" ancestry from West African and the

Island of Hilton-Head, South Carolina and Beaufort of the United States. Gough was a Civil War Veteran (Descendant(s) never received benefits from America).

13. Deceased Member of Parliament Bernie Grant in 1997 started communications with the Foreign & Commonwealth Office as to Whom would receive compensation for the slave trade and what Government should benefit from this compensation package from the Foreign & Commonwealth Office. The goal is to work to harmonize Africa into the World of Nations for this coming 2020 and Plaintiff(s) can provide all documentation with the promises past due by Her Majesty's predecessors.

14. On June 19, 2019, the Judiciary Committee of the House of Representatives had a historical hearing on Bill H.R. 40 that would establish a Commission to Study Reparations. It's the first hearing concerning reparations in more than a decade. American and Britain accounts are bound by the lifetime of its generations. Leading into this century, the United States has paid pensions to the heirs of Civil War Soldiers, however, the Plaintiff(s) received nothing. The U.S.A. has honored treaties that date back some 200 years, despite no one being alive who signed those treaties. Congress entered a growing conversation in the Democratic Party and the Country at large about lingering racial disparities in the United States. Once considered a fragile topic, mostly pushed aside in Congress, the possibility of reparations was treated with seriousness by witnesses (11) and lawmakers alike, although Republicans made clear their opposition.

15. Plaintiff(s) views this denial of constitutional rights emulates the dark period of American-Liberian history when the United States federal government sought to rid the United States of people found undesirable and threatening based on their race and identity. Now hundreds of years later, Plaintiff finds himself and family in an identical position.

16. Plaintiff(s) research was conducted at the Johns Hopkins University, and provides that educators, shareholders, and philanthropist of America's oldest and most elite colleges of Brown, Columbia, Dartmouth, Harvard, Princeton, Yale, and the Johns Hopkins University being the youngest, received archives of investigative study on the movements of the British and the Americans that would secure the return of freed slaves back to Africa, both Liberia and Sierra-Leone.

17. Considering his wealth as a trust, Johns Hopkins used it for the benefit of humanity. The American Colonization Society reviewed their work from the point of view of its effect (1) on the solution of the racial and prejudice problem in the U.S. from 1817 to 1840 and (2) on the building upon the coast of Africa a model Afro-republic after 1840 (JHU Press 600 Pages 1889-91).

18. The family of Johns Hopkins for several generations adhered to the views of the Society of Friends in England. He, Johns Hopkins, contributed to the support of educational and benevolent societies. He was not active in their management.

19. Plaintiff(s) attended a conference in May 2018 before the Africa Subcommittee on the Congo to address Congressman John Conyers House Resolution H.R. 40 on reparations in the tune of $777 trillion to Africa and African Americans. The elite colleges would Officiate this movement.

20. The Johns Hopkins University's presence is already established "WORLD WIDE" and the Plaintiff(s) would like for this institution to contribute the amount of $350 million with hopes that the rest of the elite institutions would match this sum and Congress and international partners would follow pursuit and pay its incalculable debt to Africa as she would take her rightful place amongst the other powerful Nations.

21. Plaintiff(s) has invested over $180,000.00 of his life savings and time in seeking information on his "LOST" African family on the shores of both Liberia and Sierra-Leone, West Africa with much success and he is willing to provide all of the materials recovered from this search to the Commission at a procurement as he has already provided a portion of the family's portfolio hoping for a positive outcome from the Commission. If this Honorable Court is willing, you can subpoena Plaintiff to Congress as he is willing to attend on his own. See **SEC. 5. POWERS OF THE COMMISSION.** Hearings and Sessions.

## COUNT 2 - BREACH OF FIDICIARY COMMITMENTS

22. When the African World Reparation and Repatriation Truth Commission (AWEETC) met for the first time in Accra in 1999, they issued a declaration that called for $777 trillion for Africans and $25 trillion for the African Americans (Koromah's included) over 5 years for enslaving Africans during Colonization of the Continent. The money was to come from the nations of Western Europe, the Americas, and institutions (mentioned in 13) who participated and benefitted from the slave trade and Colonialism.

23. Britain ended its slave trade in 1807 and freed slaves in its Caribbean Colonies by 1838. The British government borrowed £20m then around 40% of the budget to meet the 47,000 claims for loss of 'human property.' 3,000 families were compensated, many former slaves received none.

24. The British Empire is the most commonly cited precedent for the global power currently wielded by the United States. America is the heir to the empire in both senses; offspring in the Colonial Era and successor today.

25. The debate over reparations for black Americans began not long after the end of the CIVIL WAR. A resolution to study the issue was first proposed in 1989 by Conyers of Michigan who put it forward year after year until his retirement in 2017.

26. The Freedman's Bureau/Savings and Trust Company was chartered by Congress in early 1865 for the benefit of ex-slaves. The surviving records relating to the bank and its

collapse are a rich source of documentation about the American family. **(Beaufort/Hilton Head). See references below.**

27. On February 13, 1865, with the assistance of Senator Charles Sumner of Massachusetts, a bill to incorporate the Freedman's Savings and Trust company was brought before Congress. After a brief discussion and some confusion about where the bank would be located, "An act to incorporate the Freedman's Savings and Trust Company" was signed into law by President Abraham Lincoln on March 3, 1865. On June 27, 1874, the Freedman's Bank closed. The comptroller was required to submit annual reports to Congress. The final report of the comptroller was made in 1920. Some $57,000,000.00 belonged to 70,000 accountholders from all walks of life. Some depositors and their descendants spent more than thirty-seven years petitioning Congress for reimbursement for losses. Between 1875 and 1883, five dividend payments were declared amounting to 62% of what was owed to depositors. Of the 61,131 depositors eligible to receive the dividends, only 29,996 sent in passbooks. **See References. (Beaufort/Hilton Head) ("Exhibit"No.1X)**

28. Several committees of Congress investigated the affairs of the Freedman's Bank and received petitions from persons who sought compensation for losses suffered when the bank failed. Information concerning these matters can be found among the records of the U.S. Senate (Record Group 46) and the U.S. House of Representatives (Record Group 233)

29. Upon the information received and provided, Defendant(s) President Trump's discriminatory attitude has also influenced the agencies, advisors, and policymakers under his charge.

30. Defendant(s) Trump has stoked racial hostility and unreasonable fear about Black people in Africa by spreading false claims such listed: (1) of "attacks on white farmers in South Africa," (2) ridiculed and mocked African people for purportedly living in "huts," (3) has called countries on the African continent "shithole countries," and questioned why the United States has immigrants from those countries instead of immigrants from predominantly white countries such as Norway, and (4) recently put Baltimore City on "World Wide" blast for being infested with rats, rodents and addressed of its inhumane living conditions and standards, saying it's not livable.

31. Plaintiff(s) can attest to Defendant Trumps remarks as he has been a resident of Baltimore City for over 46 years and has seen its population dwindle from over 1.5.million to less than 600,000 residents inclusive of the homicide and murder rate during his lifetime on this planet and Plaintiff(s) wants Defendant(s) to Bill H.R.40 a law.

32. Perhaps the most burning contemporary question of American politics is should the United States seek to shed or to shoulder the imperial load it has inherited? Plaintiff(s) provides the documents to this Honorable Court, but without an understanding of the British Empire's rise and fall; and what it did, not just for Britain but for the World as a whole.

## FACTS

33. **Plaintiff(s) Family Origin and Treaties:**

A. Cornelius Xavier Koromah-Boykins, the Crown Prince of the Kingdom of the Gallinas of Sierra-Leone and bordering Liberia, is a resident of Baltimore City, Maryland. He has (1) child and had worked for and with the community of Johns Hopkins University for over (20) years until 2017. He enjoys global travelling, baseball, football, reading, volleyball, and his family. The Plaintiff and his family are currently living in exile in the United States. They are direct descendant of "King" Lamin Abdul Lahai Massaquoi of Sierra-Leone, a natural ruler during the 1860's - 1900's. **See References. ("Exhibit" No.1A)**

B. Mr. George M. Koromah, Sr., was the only offspring to the late Mussah Koromah and Sally Massaquoi- Koromah. He was orphaned prior to his teens and was raised by his grandparents, the late Lamin Abdul Lahai Massaquoi and Gbaissay Kamarah. Born on December 20, 1908 at Bandoh, Cape Mount County, Liberia, West Coast Africa, he acquired his elementary education at the Holy Family Parish in Pujehun and St. Patrick's in Bonthe, Sherbro, and his secondary at St. Edward High School in Freetown, Sierra-Leone. Business being his major, he worked for the United Africa Company from 1926 to 1937 as assistant accountant and store manager. With the award of a scholarship, he came to the United States in 1937 and graduated from West Virginia College Institute, West Virginia with a bachelor's degree in Agriculture in 1942. In 1943, he was united in matrimony with the late Cornelia Gough of (Hilton Head Island), and out of this union, sprang five children: George Jr., Reginald, Sr., Martha (Boykins), Catherine (Alston), and Bernard Koromah. Upon moving from Cherry Hill to Fulton Avenue in 1946, he joined St. Pius V Parish, and served as altar boy, Secretary of the Holy Name Society, and Financial Secretary of the Knights of St. John Commandery #264. In Community activities, he officiated as Publicity Director for the Harlem Neighborhood Club during its formative years, and the first President of the Fulton Avenue Neighborhood Club. During the Second World War, he worked for the Fairfield Shipyard as Ship-fitter, and after the War, for the Pennsylvania Railroad, and retired from Cummins Diesel Engines in 1980. Mr. Koromah leaves to mourn his loss: (5) Five Children; (14) fourteen Grandchildren; (40) Great-Grandchildren; (1) Son in law; and a host of cousins-in-law in America, Europe, and Africa (MOA RIVER). **Indenture/Will is in the Office of the Registrar General under No. 244/12836/35. See. (Exhibit"No.1D)**

C. During the reign of "King" Lamin Abdul Lahai Massaquoi of Sierra-Leone, he signed leases with Mr. John Myer Harris and the British government for the use of land in Sierra-Leone for 99 years beginning in December of 1877.
   a. Plantiff(s) was appointed by a Council of Elders to represent his grandfather who was the custodian of the "Houses of the Massaquoi" whose properties extended across the boundaries of the Kingdom nation states (700 miles).

b. In the early 1830's the Massaquoi clan inherited the Gallinas Kingdom, and on November 19, 1840, treaties were signed, and on February 2, 1850, they were incorporated into the Liberian government under much distress.
c. In 1944, the Massaquoi history was expunged from the Liberian records because of the "corrupt Barclay Government, better known as the "Barclay Group" and Plaintiff(s) ask the Governments of Liberia/Sierra-Leone to restore the families rich history back on the record, with the Defendant(s) "Government of the U.S." being the mediators through the Department of Justice.

D. There appears in the Sierra-Leone Royal Gazette, page 32, the proclamation publishing on March 19, 1883, the acceptance by Queen Victoria of the agreement with the Crown Prince's family which occurred on March 30, 1882. The family from the Public Record Office has already obtained copies of this and many other important documents pertaining to this matter.

E. HM Colonial Governor, Arthur E. Havelock of Sierra-Leone on March 30, 1882, had reminded King Siaka's successors that those treaties were still in effect under International Law from 1840, and they would receive their annual stipend/payment if peace reigned in the country upon Her Majesty's approval. The withholdings of these stipends were to be released when peace came to their Government in the future.

F. Mr. Harris as a West African Merchant managed the (then) Sulymah Trading Company, Limited and (then) The Sulymah & Sherboro Trading Company, Ltd., and was the major beneficiary of these leases. The Company records are part of the Public Record Office under **PRO/NRA reference BT31/3051 &31/2733/14806**. Payments due by Mr. Harris from the sale of these leases were £2500.00 to be paid from the Colonial Government of Sierra-Leone into the treasury accounts of the Bank of England/Chancery Division 1905. **See. ("Exhibit"No.1G)**

G. The United States Government helped the Europeans strip (lease) African Nations with the Berlin Conference/Congo Conference of 1884-85 regulating trade in Africa. On April 10, 1884, The United States Senate authorized President Chester A. Arthur "To recognize the flag of the (AIC) Association of International Congo on the equal of that of an allied Governments." This organization sought to combine the numerous small territories acquired into one sovereign state and asked for recognition from the European Powers.

H. On April 2, 1884, the United States Government, having decided that the cession by the Native Chiefs were lawful, recognized the International Association of the Congo as a Sovereign Independent State, under the Congo Free State. This example was followed by Austria-Hungary, France, Germany, the United Kingdom, Italy, the Netherlands, Portugal, Russia, Spain, and Sweden. The International Conference on African Affairs, which met at Berlin in November 1884-85, determined the status of the Congo Free State. At this Conference there were no African rulers and Liberia became a member of the "Family of Nations."

I. From Colonial dispatches of January 1888, the condition of affairs arose from the strife for the succession to the authority of the late Prince Manna Massaquoi, and from a desire to plunder the wealth (gained by Prince Manna in the slave trade) which had come to his brother Jiah, who succeeded him, led to the murder of Prince Jiah, to the fighting between Bocarry Governor and the chiefs of the lower district, and to all the miseries and plunder that followed.

a. Proceedings were before Chief Justices William W. Streeten (1880-81) and Francis F. Pinkett (1881-1885) with colonial Governors A.E. Havelock 1881-1884) Samuel Rowe (1885-86) and Hay in 1887, whom had Presents and Stipends for the Kings and Chiefs.
b. During disturbances in his country from the passing of King Jiah, Abdul Lahai was kept in Freetown at the expense of Her Majesty's Colonial Government for a considerable period, from 1887-1889.

J. The RT Hon. Joseph Chamberlain Secretary of State for the Colonies consented to a proclamation formally declaring that the territories on the British side of the boundary line fixed by the agreement with France, dated January 21st, 1895, are under the protection of Her Majesty.

K. In 1896, the principal Chief of the Gallinas. Abdul Lahai died, and a meeting was called after his death to prepare the ceremony of his burial. During the ceremony, they (Chiefs) proposed to discuss information they had heard from the Government. The Chiefs proposed to Lamin Abdul Lahai, the dead chief's son, that they had met together, and may not have the opportunity of meeting again.
a. The Ordinance sent in the early part of 1898 stated, we shall be subject to pay hut tax and licenses. This new law is very hard, but to improve the trade it cannot be helped. But due to war and the inability to rebuild, the hut tax cannot be paid. They sought help in Freetown to bring this before the Government that they cannot pay the hut tax.
b. December 18, 1896, from the (64) Chiefs of Sulima and the Gallinas to Sir S. Lewis, C.M.G Barrister-at-Law asking him to put their petition against the Protectorate Ordinance before Governor of Sierra-Leone.
c. September 17, 1898, John Myer Harris, after the disputes in the Gallinas and Sulima districts, the people paid the hut tax. Lamin Lahai, a treaty Chief was paid £20 a month or £215 annually. Mr. Harris was so familiar with the dealings of the Chiefs because back in April of 1884, the land in question was contracted or purchased by the government of Sierra-Leone on title for £2500.00 from a 99 year lease that was granted by King Lamin Abdul Lahai Massaquoi, which still has docket in Her Majesty's Royal Court of Justice, London.

L. Momula Massaquoi IV, born in 1872, after the death of his grandfather Prince Manna was elected heir in 1896, and dethroned in 1906 by His Majesty's Government.
a. Prince Manna was King by right over his country and governed it with no disagreement from his people.

M. Plaintiff(s) colonial records and dispatches from time immemorial indicates that from 1840-1898, numerous agreements and treaties were signed with the Gallinas (Kings & Chiefs) and proclamated by the British Parliament on Her Majesty's Commissioner and CORRESPONDENCE on the Subject of the **INSURRECTION IN THE SIERRA-LEONE PROTECTORATE 1898. (Part 1.) REPORTS AND CORRESSPONDENCE (Part 2.) EVIDENCE AND DOCUMENT**

N. By customary law when the office of Paramount Chief is vacant, an election takes place among a limited number of persons of the same family, in which this case would be the hereditary succession to the Massaquoi Estate within the Gallinas, Sulima districts.

O. The Massaquoi family extends back into a romantic past- so far, in fact, that it can borrow without challenge the glories of ancient Ethiopia. In the days of the Pharaohs, so runs the lore of the Plaintiff and family, the people who inherited the eastern and western banks of the Nile were the same as those who possessed the Sudan and Nigerian countries. The latter once constituted the great Ethiopian empire. When the Berbers were in their ascendancy, during the reign of Charlemagne, the House of Massaquoi arose in the ancient Kingdom of Timbuctu. Their people were related to those families which ruled over the whole of the Sudan for thousands of years. Sometime around 12 or 14 A.D., the Berbers, Moor, Touaregs, Tibbis, and all the tribes of the Sahara Desert confederated for the purpose of destroying the empire. After many wars, the houses of Massaquoi, Valinger, Kia Tamba, and Farhnbuley migrated westward. Kindred tribes to the east of Timbuctu moved eastward and established the Kingdom which is now Victoria, Nyanza, and Tancania.

P. The western branch was led on its westward trek by the Massaquoi's, surrounded by 1,000 cavalrymen. Farhnbuley was in the center, guarding the sacred vessels and the Ethiopian crown, and in the rear were women, the priests, and the baggage of the Mellestine Empire. They conquered tribes in their path; some of these tribes joined the conquering caravan. Eventually they reached the Musadu plains and finding it good country they took possession and settled. Branches of these people extended themselves further westward into Konoma, which is now Liberian territory. Here they encountered the Golas and Mendes, but having lost so many warriors on the long trek, they decided to make peace with these tribes. As they recovered their strength, they became the peacemakers between kings and tribes of the whole area.

Q. President Weah is at the cross-roads of whether to create his own Kings and Queens.

R. On June 20, 2013, President Sirleaf informed the nation that a safe, secured in the Old Executive Mansion since the passing of President William V.S. Tubman, had finally been opened. At the National Archives, Director-General Philomena Bloh Sayeh briefed President Sirleaf about the fragile state of some of the documents found in the

safe, including the original Constitution, Declaration of Independence, and the Border Agreement with the Republic of Sierra-Leone- all dating back to the 1800's.

34. **Defendant President Donald Trump and His History of Racial Animus**

A. Defendant President Trump has a history of bigoted remarks and actions that holds racial animus against people of color. He continued to insult and belittle immigrants of color after he began his presidency. The *New York Times* stated that in June 2017, he participated in a policy meeting regarding immigration matters. According to officials interviewed by the *NYT*, during the meeting, Defendant read aloud from a document listing the number of immigrants that had received visas in 2017. The Defendant complained that more than 2500 were from Afghanistan, which he called a terrorist haven. He "grumbled" that the 15,000 people from Haiti all have "aids." He also read that 4,000 immigrants came from Nigeria.

B. Two officials who participated in the meeting recalled that the Defendant stated that once the Nigerian immigrants had seen the United States, they would never go back to their "huts" in Africa. The Defendant's prejudicial view of predominantly black countries as "shithole countries" predicts his presidency. On February 27, 2019 the Defendant's former attorney, Michael Cohen, testified before congress that Trump asked him if he could name a country run by a black person that wasn't a "shithole." Although the exact date of this statement is not known, Cohen testified that this occurred "...when Barack Obama was President of the United States."

C. According to the Defendant's own State Department, significant human right abuses are prevalent throughout Liberia. This includes "extrajudicial killings by police; Police abuse, harassment, and intimidation of detainees and others.

35. **Methods of the Suppression of the Slave Trade**

A. "The American Colonization Society was founded in Washington City in December 1816. Two million slaves of colored persons in the southern portion of this Union was under the exclusive control and legislation of the slave holding States, each having the sole right of regulating it within its own limits.
B. Two hundred thousand slaves scattered throughout the Union, and legally free, enjoyed few advantages of freedom.
C. There were powerful causes operating to frustrate all efforts to elevate very considerably, men of color in this country, which could not exist, to prevent their elevation, in a separate community from the whites.
D. The voluntary separation of the colored from the white race was in reason, and the public judgment, so desirable on general principles of benevolence, that a union of the wise and pious from every State and section of the country in support of measures proposed for the good of the colored race, yet tending to no such result, could not be expected.
E. The success of any measures for the good of that race must depend in a great degree on such union.

F. Africa was inhabited by 50,000,000 to 100,000,000 of uncivilized and heathen men, and that to render as far as practicable, the elevation of her exiled children conducive to the deliverance and salvation of her home population was required alike by philanthropy and piety.

G. The US Justice Department once managed the Interior Parish unit responsible for Inter-Tribal affairs of Liberia and Indian Tribes. When Old King Peter, the old harasser of the 1st emigrants, died in 1825, the Massaquoi's were made trustees of King Peter's Estate. It was thus to this family that President J.J Roberts and Benson appealed in some of their early tribal difficulties. (Here the lore begins connecting with recorded history.) King Peter's son, Jalloh Finajay, challenged the estate and the Massaquoi's and Farhnbuley's since to destroy Peter's estate would invalidate the treaty of (1821-25) agreement with the Colonization Society.

H. To defend their position, weapons were provided for the Massaquoi's by the Liberian Government. They acquitted themselves well. From this point, dates the spiritual union of the Vai Nation with the government of Liberia. At any rate, whether legend or fact, the history is sufficiently strong to survive unchallenged.

36. **The American Colonization Mission to England (Joint-Venture)**

A. In 1839, the right of search and the anti-slavery movement in England planned to supplement diplomacy and naval action by ending the slave trade at its source. The main points in the program of economic and social regeneration proposed by Thomas Foxwell Buxton at the formation of the African Civilization Society were expanded in the Society's Prospectus of 1840; and the two most important were adopted by Lord John Russell.

   a. A widespread system of treaties with African chiefs was to ensure the prohibition of slave-dealing on the coast; With blows to the active opponents of the slave trade, and one which crippled the naval tactics used with success by Captain Denman at the Gallinas in 1841, was a decision by the Law Officers and Lord Aberdeen that the blockade and destructions of foreigners' stores were illegal.

   b. As a result of this setback to the policies initiated by Buxton and Russell, new instructions for naval officers were drawn up by a committee appointed in 1842 and included a short draft treaty of six articles which promised neither British protection nor any form of payment to African chiefs.

   c. Meanwhile, opposition to use of the Preventive Squadron as an instrument of humanitarian policy mounted and reached a climax in the unfavorable conclusions of a Select Committee of the House of Commons in 1848. But a change of legal opinion and the failure of an action for damages brought by slave-dealers against Captain Denman, allowed the destruction of the slave stations on the coast to continue, where treaties have been broken.

   d. This was an acceptance of the favorable recommendation of the lords' Committee of 1850. On the coast, the most significant results of the campaign were the extension to end the treaty system and the appointment of consuls. Between 1841 and 1853, some 65 agreements to end the slave trade were made with chiefs from the Gambia to the Delta. Only a few of the early treaties for the Gambia and Sierra-Leone contained the terms of the draft of 1840. And these had to be

changed. The bulk obtained in 1847 and 48 were based on the draft of 1844. Consuls and Consulates were appointed to the Gallinas and Delta.

e. **Entered according to the Act of Congress in the year 1841, by William W. Morrison, in the District Court of the District of Columbia.**

B. The American Colonization Society and the British government had plans that would eventually see Liberia and Sierra-Leone under a federalist government seen under Great-Britain. The Ambassador of the UK in Liberia needs to be consulted on the promises made and due from Her Majesty's government to the people of the Mano River Region. **See Reference. ("Exhibit"No.1Z.)**

C. The 1839 Constitution of the Commonwealth of Liberia, **Article V. Section 15. Miscellaneous Provisions states**, "The improvement of the native tribes and their advancement in the arts of agriculture and husbandry being a cherished object of this government, it shall be the duty of the President to appoint in each county some discreet person whose duty it shall be to make regular and periodical tours through the county for some purpose of calling the attention of natives to these wholesale branches of industry, and of instructing them in the same and the legislature shall, as can conveniently done, make provision for these purposes by the appropriation of Monies."

D. The foregoing Constitution was modeled a good deal on the United States. The franchise is to be exercised (apparently only in towns) by "every male citizen of twenty-one years possessing real-estate." The Constitution did not define the relations which were to exist between the (American) colonist and the indigenous people of color. The real natives of Liberia, indeed, are only alluded to in **Section 15 of Article V**. No doubt for some time to come, the position of native "Kings" and chief must continue to be recognized, but as the component parts of the republic are welded together, the Constitution will have to become enlarged so as to admit of a reasonable extension of the franchise to all Africans who are Liberian citizens, and who acknowledge the central Government at Monrovia.

E. In support of this submission, it was contended that in the case of Buron v. Denman (1848) **2 EX. 167**, the subject matter of the claim was not justiciable.

   a. In October 1840 Commander Denman, an officer in the Royal Navy on the Sierra-Leone station, received a request from the Governor of Sierra-Leone to take measures for the liberation of Fry Norman and her daughter, both British subjects who were detained as slaves at the Gallinas by Prince Manna, the son of King Siaka, the sovereign of that country.
   b. He entered the Gallinas River with an armed force, liberated some slaves held by Spaniards and took possession of the barracoons belonging to the plaintiff(s).
   c. At Commander Denman's request Fry Norman and her daughter were delivered up to him. After beating, bribery, and rape, he then concluded a treaty with Prince Manna, acting on behalf of King Siaka and the Chiefs of the country for the abolition of the slave trade there with £4,000.

d. The report states that "on the 23rd of November, the defendant, in the execution of this treaty, commenced burning the plaintiff(s)'s barracoons" (1848) **2 Ex. 167** at 176. The plaintiff's barracoons were destroyed. The slave dealers deserted the factories and let loose the slaves, great numbers of whom were subsequently carried by the defendant to Sierra-Leone where they were emancipated.
e. The goods stored were claimed by King Siaka was forfeit to him by the reason of defiance of his law. Commander Denman "continued to fire the barracoons" (1848) **2 Ex. 167 at 176**. He then sailed to Sierra Leone, having liberated 900 slaves.
f. The plaintiff(s) brought proceedings of trespass in England against captain Denman. When notified of these proceedings, the Admiralty and the Secretaries of State for the foreign and colonial departments adopted and ratified the acts of the ratification of the conduct of the Commander Denman, directing them that the ratification was equivalent to a prior command and rendered it an act of state for which the Crown was alone responsible. No explanation was provided as to why the conduct would be regarded as an act of state.
g. There has been no decision since Buron v. Denman in 1848, over 150 years ago, which provides guidance to assist us.

37. In a letter addressed to the Lord Earl Russell from Mr. Gerald Ralston, Consulate General of Liberia in London on August 26, 1861, he suggested it was of supreme importance that a renewed recognition of the Gallinas Kingdom, as being part of Liberia, should be made by Her Majesty's Government with as little delay.

38. The UK Judges of the Supreme Courts considers this an exotic case on an international scale and the references are included with these documents. Our families are ready to meet with Government to settle this historical matter. **See references [2017] UKSC 1, [2014] EWHC 3846 [2015] EWCA civ.- 843. [2017] UKSC 3, [2014] EWCA civ.1394 and EWHC 3846 (QB)**

39. **[Excerpts]: Orders of the Day – Kings Speech Parliamentary Debates (Fifth Series) 26 November-December 20, 1935 – House of Commons**

Order read for resuming Adjourned Debate on Amendment [6th December] to question [3rd December], "That a humble Address be presented to his Majesty, as followeth:

Most gracious Sovereign,

We, Your Majesty's most dutiful and loyal subjects, the Commonwealth of the United Kingdom of Great Britain and Northern Ireland, in Parliament assembled, beg leave to offer our humble thanks to your Majesty' for the Gracious Speech which Your Majesty has addressed to both Houses of Parliament."- [Mr.Wakefield].

Which Amendment was, at the end of the question, to add the words:

"But regret the failure of Your Majesty's adviser's to indicate any effective policy for the restoration and maintenance of peace, the reduction of armaments by international agreement, and the removal of the economic cause of war, the failure to recognize the need to plan the economic life of the country on the basis of public ownership in order to abolish poverty in the midst of plenty, and the omission of any adequate proposals for dealing with unemployment, including the abolition of the means tests, the distressed areas, and the just claims of the miners for an immediate increase in wages."- [Mr. D. Grenfell.]

We have to consider some of the repercussions of the affairs in Africa. What-ever be the upshot of the present dispute, it is going to have the gravest effects right through that continent, and we as ruling over millions of the black race must look to the future. I have been impressed by the interest with which this struggle is being followed throughout Africa, and not only throughout Africa, but by men of African race all over the world. The question of what shall be the relations between the black and white races is hanging in the balance. We have today far more than ever before, and it is rapidly increasing. In Africa, you have every kind of different relationship between white and black, and you have instances of very grave oppressions sometimes, I am afraid under the British flag. I think the black race, like the brown race and the yellow race, is becoming self-conscious and demanding its position in the world. If the present struggle is dealt with on the lines of Imperialism, If the upshot of the struggle is to be the parceling out of Africa in which portions will be handed over to this Imperialistic Power and that, in which the inhabitants are to be treated as part of the land, you are going to have an extremely serious position. That position will shake all of Africa. Whatever be the decision, the vital question of the relation of white and black races is one of which in now quite close to us, and will come up for decision in a short while.

We on this side of the House think it is time it was made perfectly clear that the old Imperialism has got to go, that no longer are the African race to be treated as hewers of wood and drawers of water for the white races, and that any attempt to bring up again the kind of Imperialism we have had in the past is bound to fail. The defense of what has been done by Italy is that Italy is doing just what we did in the past. Well, it was done by us and by other races in the past, but we say that time has come when you have to give up the idea of Imperialism; the time has come when black races must have their chance of development, and until then they have got to be dealt with by the white races, who must act as trustees, not as trustees for a particular Imperialistic Powers but as trustees for the World. I say this because I think that the issue which has to be faced in the Italy-Abyssinian struggle is much wider even than as it affects the League of Nations. It affects the whole world. To our mind Imperialism is only capitalism writ Large, and the Solution is not coming by building up a number of great Imperialist Powers contenders among ourselves, but by recognizing that Africa, like the other Continents, must be brought into harmony with the rest of the world and developed for the people of Africa and for the whole human race. We claim that a mandate principle should be applied."

40. **Difficult Times for Liberia (MANO RIVER BASIN)**

A. Between the late 1930's/40's, the 18th President of Liberia, Edwin Barclay, was succeeded by William Tubman on January 3, 1944. During the Presidency of Barclay's Government, his time in office, he had the Massaquoi's name expunged

from official records and from the Nations written history. Barclay and Momula Massaquoi IV were childhood friends. Massaquoi was Secretary of Interior Department in 1912. This was the beginning of 25 years of service to the Liberian Government, he died on June 15, 1938, his successor was Plaintiff(s) grandfather George M. Koromah Sr.

B. Prince George Mullen Koromah descended from royal lineages of the Vai People of Both Liberia and Sierra-Leone. He was born in Grand Cape mount, Liberia in 1908, daughter of Sally Massaquoi and successor to Momolu Massaquoi IV who wore the Crown of The Gallinas, and he died in 1989. Most of his estate was settled by his family, but the agreements to the existing boundaries demarcated at the Berlin Conference 1885 where a product of negotiations and treaties entered into among Colonial Powers without any input from the African People for the Plaintiff(s) 600 miles of coastal properties. The Gallinas is a territory inhabited by the Vai people, who occupy territories in southeastern Sierra-Leone and western Liberia. The original inhabitants of the country themselves call this territory Massaquoi, and this name was chosen because a member of the Massaquoi family played the most important role in its founding, and a Massaquoi has sat on the throne of the country since its foundation. **See Reference. ("Exhibit"No.1C)**

C. Now is the time to bring members of the Royal family into the Mano River Region for eradicating Corruption, Nation Building, Peace, Stability and Wealth Creation. Communications from a published article in 2001, clearly stated: *With Charles Taylor out of power, the US/UK would consider a 65-year Joint-Partnership Venture, with calls for a new political class for the Mano River Union, which has an estimated 37million citizens.* **Highlighted Printouts** will detail the Corruption in the Barclay's regime before Tubman's Presidency in 1944.

D. The Government of the Gallinas consisted of the Sovereign, King Siaka Massaquoi, his eldest son Prince Manna, and three chiefs of the Name Rogers on the borders of Liberia/Sierra-Leone. After numerous anti-slave trade treaties, witnessing the Emancipation Proclamation acts with the American, British amongst other Governments (Naval Squadron), John Myer Harris established the Sulymah & Sherbro Trading Company, which has Ownership to the Oil Blocks in the Atlantic Ocean. Through court orders, the dissolved company shall be re-activated as the Sulima Holdings Inc; by the Government of the UK/US Chamber of Commerce from within the Mano River Region or ECOWAS, the Community totaling over 250 million people with projects undergoing ECO-AIR, ECO-BANK, ECO-MARINE and ECOWAS CITIZENSHIP.

E. The Vai People should be given the opportunity to capitalize on the benefits of the diamond mining without any disturbances. A stable, peaceful, and secure environment must be established before the commencement of the drilling for oil off the coast of Sulima. The potential for creating jobs and the generation of income for the residents of Pujehun district does appear to be quite enormous. It should not be tampered with by anybody. It is time for us to take proactive steps to minimize the incidence of threats and counter threats of violence and intimidation. There are

several countries in the world who manifest some of the best practices in politics. Those countries should be our role models and emulating their examples will open the door for a full membership in the democratic community. That should be our goal.

41. **Five Water Assets of Pujehun District and Eight Economic Opportunities Related to Them.**

A. Pujehun District is fully separated from Liberia by the boundary of the Mano River.
B. Pujehun District is partly separated from the rest of Sierra-Leone by the boundary of the Wanjei River.
C. The Moa River lies somewhere between the Mano & Wanjei rivers, but closer to the Mano River than Wanjei River and almost parallel to both.
D. The Wanjei River feeds into Lake Mape- the largest and longest navigable lake in Sierra-Leone.
E. The Moa River feeds into Lake Mabesi- the Second largest lake in Sierra-Leone.

42. **Related Economic Opportunities**

A. All three rivers- the Wanjei, the Moa, and the Mano have tributaries that link up with the Atlantic Ocean. This quality makes them accessible to the opportunity of an international river navigational for tourism.
B. The Wanjei River possesses the unique quality of linking up with Bonthe District' Kwame Bai Krim Chiefdom as well as with Lake Mape which is Sierra-Leone's largest lake.
C. The Moa River possesses the unique quality of passing through the Tiwai Island which is an internationally recognized protective Game Reserve in Sierra-Leone.
D. The Moa River also possesses the unique quality of passing through the Gola Forest, which is another internationally recognized protective Forest Reserve in Sierra-Leone.
E. The Moa River further possess the unique quality of linking up with Lake Mabesi which is Sierra-Leone's second largest lake.
F. The Mano River forms Sierra-Leone's boundary with Liberia which implies that its benefits (such as harboring part of the Gola Forest and containing nearby Iron Ore reserves at the Dares Salam/Congo axis) can be leveraged as a source of an international collaboration between Pujehun District in Sierra-Leone and Cape Mount County in Liberia.
G. Beyond the rivers and lakes mentioned on the map accompanying this post are also 12 other lakes which may offer fishing, farming, irrigation, and even mini-hydroelectric dam opportunities.
H. The Sulima shorelines of Pujehun District up to Bonthe District have been determined to possess offshore oil. This is another opportunity to leverage through negotiations that may bring benefits to the district.

43. **Ideas for Liberia/Sierra-Leone's Offshore Oil Reserves**

A. During the anti-slave trade treaty signing with the Kings & Chiefs of the Gallinas Country, Sierra-Leone and Liberia in 1840, the Law Officers Department of Her Majesty's Government had confirmed that the "Waters" around the boundaries of Sierra-Leone and Liberia were the "Waters" of King Siaka Massaquoi's estate. As of today, if Ownership to the offshore oil and gas reserves can be proven to the Governments of Liberia and Sierra-Leone than there would be a credit line of about $500 billion from OPEC for development of these territories.
   a. Plaintiff(s) would like to see systems for sharing wealth equitably created with this oil.
   b. Given the background into the discovery of the oil blocks in the Mano River Basin, we should now be able to talk about the vogue in oil wealth transparency and judicious use in the interest of the people.
   c. Among many things, re-investing in the people and making youth employment outdated should feature prominently in the development agenda.
   d. In addition, several factors must be treated with the sensitivity they deserve first: Landownership, Tax Regimes, Environmental Obligations, Lease Agreements, Job Creation, Corporate Social Responsibility, and Corporate Good Governance.
   e. Noting the Mano River Unions path to success would be putting oil reserves into Sovereign Wealth Funds that operate outside public scrutiny. The SWF (Sovereign Wealth Funds) are being batted around as the fashionable way for Africa's petrol powers to invest their oil wealth.
   f. The idea of Sovereign Wealth Funds could be a possible out of many, through which countries can accumulate, keep and distribute wealth equitably, provided there are set agendas immediate, medium- and long-term plans for development.
   g. As the Ebola outbreak becomes more serious in West Africa, it could be putting the oil and gas industry in the region at risk. Failure to contain this virus could put workers living in the area at risk of exposure.
   h. Analyst covering Upstream Oil and Gas in the Sub-Sahara Region, said many of the E&P operations depend heavily on expatriates working and living in the region. While most of the oil production in West Africa is offshore the workers primarily live onshore. Exposure onshore could cause spread to rig themselves, putting workers in even greater danger of contracting the Virus.

44. **Articles from the United States Constitution**

A. The Constitution of the USA prohibits both the USA (Art I, Sec 9, cl 8) and States (Art I, Sec 10) from granting titles of Nobility
B. The Constitution (Art I, Sec, cl 8) also prohibits persons holding any office of profit or trust under them from accepting any present, emolument, office or title, of any

kind whatever, from any king, prince, or foreign state, without the consent of the Congress

C. An alien petitioning for US citizenship must renounce all titles of nobility: the law and regulation do not mention that the renunciation is for his descendants
D. Nothing prohibits a US citizen from inheriting a title of nobility from abroad (as long as he does not pledge allegiance to a foreign power) and from accepting a title of nobility (if not holding any office of profit or trust under them)
E. Titles of Nobility constitute an hereditary asset to a family and not to an individual: there for individuals cannot renounce their title for anybody else than themselves (similarly, they cannot sell their title for title): it may be sustained that US citizens, children of an alien having obtained US citizenship (and renounced his title) can inherit the Title and Nobility then renounced.

45. **The Government of the Gallinas had conventions, communications, and dispatches amongst these International Conferences and Court Proceedings as follow:**

A. The Slavery Abolition Acts of 1807, 24, 33 and 43 of the (British Empire)
B. The American and British African Colonization Societies- 1816-1964, entered according to the Act of Congress in the year 1841, by William W. Morrison, in the District Court of the District of Columbia.
C. The Capture and Trial of the Amistad Captives 1839, U.S. v. THE AMISTAD, 40 U.S (15Pet) 518 (1841).
D. The Royal Navy's Captain Joseph Denman- 1840-48, Criminal Court, The Old Bailey and the Court of Exchequer, Queens Bench. (900 slaves given to Denman at £5-10 per slave). This case still precedent in International Law. See reference (BURON v. DENMAN) (1848) 2 EX. 167 at 176, and the UK SUPREME COURT. [2017] UKSC 1, [2014] EWHC 3846 [2015] EWCA civ. 843. [2017] UKSC 3, [2014] EWCA civ.1394 and EWHC 3846 (QB). **See Reference. ("Exhibit"No.1G)**
E. The Trial of Pedro de Zulueta, June in the Central Criminal Court of the City of London, on the 27th, 28th, and 30th of October, 1843 on a charge of Slave Trading. Under Geo. IV, cap 113
F. Lord Ashburton's Treaty of Washington 1842 (British Empire) the US/UK, both signs treaties for land with over (30) Kings and Chiefs at US ($133 per mile for 350 miles of coastal properties) dating back to the 1830's totaling up to 4,000 Sq. miles
G. Liberia's Independence 1847-(50) The Gallinas was incorporated under Prince Manna & President J.J Roberts for Commerce and Trade. Principal articles of commerce are palm kernels, palm oil, camwood, piassava, rubber, and some ivory.
H. President Abraham Lincoln established the Freedman's Bank on March 3, 1865. At its height, the Bank had over $57,000,000,000.00 in deposits (adjusted for inflation) and 70,000, depositors. Congress can replace these monies stolen from the Black race after Lincoln's assassination.

I. The British Parliament forever awards Prince Manna Massaquoi the treasury for ALL abolition treaties made binding as a pension. - 6, July 1865 SELECT COMMITTEE ON WEST AFRICA.
J. 1871 Loan: President Roye's death and succession? (Death of Prince Manna of the Gallinas Kingdom in 1872.) This period marks the eleven-year gap in Liberia's history.
K. The Anglo- Franco-Liberian Boundary (Havelock) Agreements- March 30, 1882-1911, Stipends paid (2) twice in 1882 and 1892 ($40,000.00) on account at £210 paid annually to King and Chiefs, successors, and assigns. This account accrued to $22,613.00 in 1911.
L. The Berlin Conference of 1884-5, Ratification November 11, 1885, Lamin Abdul Lahai Massaquoi
M. The International Association of the Congo (1880's). Recognized by the United States of America.
N. The Brussels Act of 1890.
O. Her Majesty's Commissioner's report on the Protectorate Ordinances of 1896-98 on Sierra-Leone's colonization.
P. Saint Germaine Convention of 1919.
Q. Liberia's International Slavery Convention 1926. (Stolen lands from Firestone FO458/123) SECRET SETTLEMENT WITH THE DEPARTMENT OF JUSTICE see (Exhibit)
R. The League of Nations-1930's Native Tribal Leader (M. Massaquoi) Presidential Aspirant. He had a fall out with the Barclay administration for native Kru Chiefs giving damaging reports to the investigators of the league. Massaquoi died days after surgery in 1938, believed that Barclay had witchcraft performed so that he couldn't become a Presidential candidate. Massaquoi was a Prominent member and Business manager of the League with a Land portfolio of 300 miles long of coastal properties with a width of 200 miles, extending along the seaboard from Cape Palmas to Gallinas and Grand-Capemount).
S. 1930-Exchange of notes between His Britannic Majesty of the United Kingdom with Sierra-Leone and Liberia.
T. The United Nations- 1945,48, Universal Declaration of Human Rights
U. The Mano River Union- 1973.
V. The Economic Community of West African States (grandfathers face on this currency 2020) ECOWAS.

46. In addition to the annual Register or Catalogues, the report of the President (JHU) is annually published, and from time to time during, the year "Circulars" are printed, in which the progress of investigations, the proceedings of societies, reports of lectures, and appearance of books and essays are recorded. Encouragement is also given by the trustees to the publisher of literary and scientific periodicals and occasionally of learned essays and books. (Investigations, sometimes of very special character, are carefully prosecuted.) The journals regularly issued are:

A. The Johns Hopkins University Studies in Historical and Political Science
Herbert B. Adams, Editor
History is Past Politics and Politics Present History
NINTH SERIES, By J.H.T McPherson, PH.D, Fellow in History, JHU 1889

B. The Johns Hopkins University Studies in Historical and Political Science
Herbert B. Adams, Editor
History is Past Politics and Politics Present History
1-11 Government and Administration
Jan/Feb/Oct 1891 Liberia. VOLUME IX, Page 481
Westel W. Willoughby, A.B., William F. Willoughby, A.B

C. The Johns Hopkins University Studies in Historical and Political Science
Under the Direction of the Department of History, Political Economy, and Political Science
VOLUME XXXVII, Pages. 321-664
JHU Press 1919
D.P SMELSER PH.D
Professor G.E Barnett

47. Plaintiff(s) brings forth the following counts and allegations supporting his cause of action based on the preceding facts and claims.

48. On March 30, 2018 and April 3, 2019, the Plaintiff visited both Governments of Liberia and Sierra-Leone to present documentation to the Liberian Legislature and the Office of the (SL) Vice President to help solve corrupt practices involving Corporate land grabbing matters and to help his family, the natives retain ownership of the land in question, which rightfully belongs to his family. Mr. Joseph Rahall, Director of Green-Scenery in Sierra-Leone didn't want to participate in the Commission appointed by President Julius Maada Bio of Sierra-Leone to solve this detrimental situation.

49. There are about 72 border entry points along the Sierra-Leonean border with Guinea and Liberia in the Kailahun district with only 8 border entering points with full security personnel together with customs, immigration, and Port Health Officers. This unfortunate situation has led to the country over the years losing huge sum of money through illegal entry and exit of goods and unwanted commodities using the unmanned/illegal entering points. It was reported that the deadly Ebola hemorrhagic diseases that caused the death of over four thousand innocent Sierra-Leoneans came through some of those illegal border-crossing points along the Guinea/Liberia border with Sierra-Leone.

50. During the 1960's some black leaders revived the idea of reparations. In 1969, James Forman(then head of the Student non-Violent coordinating Committee) proclaimed a "Black Manifesto." It demanded $500million from American churches and synagogues for their roles in perpetuating slavery before the illegal seizure of tribal lands in 1877. Then in 1988, Congress approved the payment of $1.25billion to 60,000 Japanese-American citizens who had been interned in prison camps during World War II. **See Reference. ("Exhibit" No.2C)**

51. This week, the House of Representatives announced the impeachment proceedings against President Donald J. Trump on his mis-leading the American people. The media have been clamoring to remove Trump from office since he was elected 35 months ago.

52. The Plaintiff hopes that this Honorable Court will take into consideration the loses endured to him and his immediate family of the communications, cultural relationships, entitled benefits to have been received from their ancestrial lands of both Africa and the Island of Hilton-Head, South Carolina.

53. On or about November 21,1840, a treaty was signed with Plaintiffs ancestors( King Siaka/Siacca Massaquoi) abolishing the slave trade in the GALLINAS

54. On or about February 2, 1850, the Gallinas was purchased for Liberia from Plaintiffs ancestors.

55. On or about July 6, 1865, and months after the Emancipation Proclamation Act of President Abraham Lincoln, the British Parliament acted as judge binding every treaty made with King Siaka/Siacca Massaquoi's estate through Prince Manna as a pension with gifts, presents, promises and stipends.

56. On or about March 30, 1882, the British government stole/or taken Plaintiffs ancestrial lands and this happens to be well documented.

57. Plaintiff brings fourth the following counts and allegations supporting his cause of action based on preceding facts and claims.

## CONCLUSION

## "PRAYER FOR RELIEF"

Wherefore, Plaintiff(s) seeks compensatory damages in the amount of $20,000,000,000,000.00 from this Honorable Court to execute the vision sought by the Philanthropist of the American & British Colonization Societies.

Dated this 30th day of September 2019

Respectfully submitted,

Cornelius Xavier Koromah-Boykins
Per Se Litigant

3230 Yosemite Avenue
Baltimore, Maryland
21215-7513